# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN RAY HEAD, | |
| Plaintiff, | No.  2:13-CV-0255-JTR |
| v. | JUDGMENT IN A CIVIL CASE |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: June 23, 2014

                                         SEAN F. McAVOY
                                         Clerk of Court

                                         By:  *s/Pam Howard*
                                               Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**